UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20593-CR-UNGARO/OTAZO-REYES

21 U.S.C. § 841 (a)(1)

UNITED STATES OF AMERICA

v.

JORGE DUQUEN,
a/k/a "Hawk"

        Defendant.
_____/

FILED by ____ D.C.

AUG 2 1 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

On or about July 5, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JORGE DUQUEN, a/k/a "Hawk"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | |
| JORGE DUQUEN, a/k/a "Hawk" | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant. / | Indictment Case Information: |

**Court Division**: (Select One)

```
  X  Miami          ___ Key West
 ___ FTL            ___ WPB           ___ FTP
```

New Defendant(s)            Yes ____  No ____
Number of New Defendants    ____
Total number of counts      ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect _____

4. This case will take ___3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   I    0 to 5 days      X      Petty     ____
   II   6 to 10 days    ____    Minor     ____
   III  11 to 20 days   ____    Misdem.   ____
   IV   21 to 60 days   ____    Felony      X
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes    X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes    X  No

*signature*
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

Defendant's Name:   JORGE DUQUEN, a/k/a "Hawk"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Possession with intent to distribute cocaine | 21:841(a)(1) | 20 years imprisonment; $1 million fine; 3 years up to life supervised release; & $100 Special Assessment |