UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20593-CR-UNGARO

UNITED STATES OF AMERICA
        Plaintiff,

v.

JORGE DUQUEN,
a/k/a "Hawk"

        Defendant.
_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, **JORGE DUQUEN** (hereafter "Defendant") state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to the sole count of the indictment in this case which count charges me with knowingly and intentionally possessing cocaine with the intent to distribute it, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(c). I am pleading guilty because I am in fact guilty of this charge.

### NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge and what the prosecutor must prove to convict me with my attorney.

I understand that I am charged with knowingly and intentionally possessing cocaine with the intent to distribute it and that the United States must prove the following elements beyond a reasonable doubt:

1. That I knowingly possessed cocaine; and
2. That I intended to distribute the cocaine.

I further understand that to "intend to distribute" is a plan to deliver possession of a

1

controlled substance to someone else, even if nothing of value is exchanged.

## FACTS

1. On July 5, 2011, an FBI Cooperating Source (CS) known to me arrived at my residence located at 8882 N.W. 176 Street, Miami-Dade County, within the Southern District of Florida. I had in my possession two (2) ounces of cocaine which I offered to sell to the CS.

2. The CS agreed to buy one ounce of cocaine for $950.00 cash which I counted. The CS was then handed one ounce of cocaine by me and the CS left my residence.

3. The suspected cocaine was submitted to the DEA Southeast Laboratory for testing. The laboratory analysis revealed that the substance was in fact cocaine and had a net weight of 25.9 grams.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 11/17/14     By: _____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

Date: 11/17/14    _____
SARAH SCHALL
ASSISTANT UNITED STATES ATTORNEY

Date: 10/27/14    _____
RICHARD DELLA FERA
ATTORNEY FOR DEFENDANT

Date: 10/27/14    _____
JORGE DUQUEN
DEFENDANT

2